IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL BERNARD BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:22-cv-00052 |
| | ) | Judge Trauger |
| SAVANNAH ROOD, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On January 4, 2023, the Magistrate Judge issued a Report and Recommendation (Doc No. 37), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that defendant Rood's original Motion to Dismiss (Doc. No. 17) is FOUND MOOT, and her second Motion to Dismiss (Doc. No. 27) is DENIED.

This case is RETURNED to the Magistrate Judge for further handling under the original referral order.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge